IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK S. SLACK,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4836

Opinion filed November 13, 2014.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Patrick S. Slack, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, C.J., THOMAS and OSTERHAUS, JJ., CONCUR.